O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANKSNIEKY PHUONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL,<br><br>　　　　Respondent. | Case No. 2:18-cv-03957-CJC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 17), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 23) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Petition as untimely.

DATED: February 25, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Cormac J. Carney
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE