JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THANKSNIEKY PHUONG,

        Petitioner,

   v.

RICK HILL, Warden,

        Respondent.

Case No.  2:18-cv-03957-CJC (KES)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is dismissed as untimely with prejudice.

DATED:  February 25, 2019

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE